UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MANUEL BATISTA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

   v.

SBK PRESERVES, INC.,
SARABETH LEVINE, and
CHARLIE APT,

          Defendants.

**Case No.:** 22-cv-08473

**NOTICE OF
ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JUAN MANUEL BATISTA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated September 26, 2023, and annexed hereto as **Exhibit A**.

Dated: September 27, 2023

                                  Respectfully submitted,

By:

                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Elisabeth Ponce
ep@pwlawyers.com
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.