**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUAN MANUEL BATISTA, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                         Plaintiff,                         **Case No.**:  22-cv-08473

          v.

SBK PRESERVES, INC.,                                        **RULE 68 JUDGMENT**
SARABETH LEVINE, and
CHARLIE APT,

                         Defendants.

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SBK

PRESERVES, INC., SARABETH LEVINE, and CHARLIE APT (collectively "Defendants"),

having offered to allow Plaintiff JUAN MANUEL BATISTA ("Plaintiff") to take a judgment

against them, in the sum of Ten Thousand ($10,000.00), includes any and all of Plaintiff's claims

for costs and attorneys' fees incurred to resolve this Action, to resolve all of Plaintiff's claims

against Defendants in the Complaint filed on October 5, 2022, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated September 26, 2023 and filed as

Exhibit A to Docket Number 23;

      **WHEREAS**, on September 27, 2023, Plaintiff's attorney having confirmed Plaintiff's

acceptance of Defendants' Offer of Judgment (Dkt. No. 23);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of

Plaintiff JUAN MANUEL BATISTA, in the sum of $10,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated September 26, 2023 and filed as

Exhibit A to Docket Number 23. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: <u>   September 29   </u>, 2023
      New York, New York

                                   U.S.D.J.