**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 06 2023
```

JUAN MANUEL BATISTA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SBK PRESERVES, INC.,
SARABETH LEVINE, and
CHARLIE APT,      Defendants.

Case No. 22-cv-08473

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 29th day of September, 2023 in favor of JUAN MANUEL BATISTA and against SBK PRESERVES, INC., SARABETH LEVINE, and CHARLIE APT in the amount of $10,000.00, includes any and all of Plaintiff's claims for costs and attorneys' fees incurred to resolve this Action, to resolve all of Plaintiff's claims against Defendants in the Complaint filed on October 5, 2022, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 6, 2023

Respectfully submitted,

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )  ss.: |
| COUNTY OF NEW YORK | ) |

On the __6th__ day of October, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024